**CAPITAL INDEMNITY CORPORATION,**
Respondent,

v.

**JCDM, INC., Appellant,**

and

**David Howe, Defendant.**

No. WD 49151.

Missouri Court of Appeals,
Western District.

Nov. 15, 1994.

James W. Humphrey, Jr., Kansas City, for appellant.

John G. Schultz, Kansas City, for respondent.

Before SPINDEN, P.J., FENNER, C.J., and ELLIS, J.

## ORDER

PER CURIAM.

JCDM, Inc., appeals the trial court's grant of summary judgment in favor of Capitol Indemnity Corporation in the latter's suit for declaratory judgment. We affirm the trial court's judgment. Rule 84.14(b).